**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

M.J.P.A.,                                    :
                                             :
            Petitioner,                      :
                                             :
v.                                           :            Case No. 4:26-cv-514-CDL-ALS
                                             :
Warden, STEWART DETENTION                    :
CENTER, *et al.*,                            :
                                             :
            Respondents.                     :
_____

**ORDER**

On April 1, 2026, Petitioner filed a counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF Nos. 1, 6). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.[1] 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 2nd day of April, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's Motions for an Order to Show Cause (ECF Nos. 3, 6-2) are **DENIED as moot**.